IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:03CR385
                               )
      v.                       )
                               )
JACARA P. BAKER,               )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the motion of David O'Neill to withdraw as counsel for defendant (Filing No. 76). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion of David O'Neill to withdraw is granted. The Federal Public Defender shall appoint Jackie Barfield to represent defendant.

DATED this 1st day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court