IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:03CR385
                               )
       v.                      )
                               )
JACARA P. BAKER,               )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion to continue (Filing No. 88).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Final dispositional hearing is rescheduled for:

**Friday, March 21, 2008, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court