IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR385 |
| | ) | |
| v. | ) | |
| | ) | |
| JACARA P. BAKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for continuance (Filing No. 90). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. Final dispositional hearing is rescheduled for:

**Friday, April 11, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse 111 South 18th Plaza, Omaha, Nebraska.

DATED this 20th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court