```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                       DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR385 |
| | ) | |
| v. | ) | |
| | ) | |
| JACARA BAKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for continuance (Filing No. 93). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 75) is rescheduled for:

**Friday, June 6, 2008, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District court