IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR385 |
| | ) | |
| v. | ) | |
| | ) | |
| JACARA P. BAKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

After hearing before the Court with defendant and counsel present,

IT IS ORDERED:

1) Defendant's supervised release is revoked pending final disposition.  The oral motion for detention (Filing No. 81) is granted.

2) The final dispositional hearing is rescheduled for:

**Friday, September 26, 2008, at 1:30 p.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse 111 South 18th Plaza, Omaha, Nebraska.

DATED this 29th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court