IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR385 |
| | ) | |
| v. | ) | |
| | ) | |
| JACARA BAKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

           On October 6, 2008, the defendant appeared with counsel for a hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 75 ). Defendant was present and represented by Jackie Barfield. Plaintiff was represented Susan T. Lehr, Assistant United States Attorney. The defendant admitted allegation numbers 2, 3, 4 and 5 contained within the Petition are true and the Court found the defendant to be in violation of conditions of her supervised release. The plaintiff dismissed allegation number 1. The Court then proceeded to a dispositional hearing.

        IT IS ORDERED:

        1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of one year, said sentence to begin today without receiving credit for time she has been in custody on State charges.

2) That upon completion of the defendant's incarceration, she will not be placed on supervised release and any obligations she owes with respect to this case will be concluded.

DATED this 6th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom

———————————————
LYLE E. STROM, Senior Judge
United States District Court